IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Case No. 6:20-cr-60011

LEE COUNTS, JR. DEFENDANT

**ORDER**

Currently before the Court is the Report and Recommendation (ECF. No. 70) filed in this case on July 23, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Defendant is represented by counsel, but he has filed pro se objections to the Report and Recommendation. ECF No. 71. The Court finds the matter ripe for consideration.

The Court may designate a magistrate judge to handle certain pretrial matters, including a pretrial order authorizing the psychiatric evaluation of a defendant. 28 U.S.C. § 636(b)(1). Within fourteen days of receipt of a magistrate judge's report and recommendation, "a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); *accord* Local Rule 72.2(VII)(C). Here, Defendant has filed over forty pages of objections. These objections, however, cite to irrelevant case law and do not engage with Judge Singleton's findings or analysis of the law in the Report and Recommendation. Because Defendant has not presented his objections with specificity, the Court will review the objections for clear error. *See Thompson v. Nix*, 897 F.2d 356, 357-58 (8th Cir. 1990).

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper. The Court finds no clear error in Judge Singleton's determination that "Defendant is currently suffering from a mental disease or defect rendering him

unable to understand the nature and consequences of the proceedings against him or properly assist in his defense." ECF No. 70, p. 1. Thus, the Court **ADOPTS** the Report and Recommendation (ECF No. 70) in its entirety. Accordingly, pursuant to 18 U.S.C. § 4241(d), Defendant is committed to the custody of the Attorney General or his authorized representative to hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed 120 days, as is necessary to determine whether there is a suitable probability that, in the foreseeable future, he will attain the capacity to permit the revocation hearing to proceed.

**IT IS SO ORDERED**, this 3rd day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge